IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JENNIFER CASO and
JENNIFER REBOVICH,

    Plaintiffs,

v.

LUZERNE COUNTY and
MICHAEL VECCHIO,

    Defendants.

3:13-CV-02253
(Judge Mariani)

## ORDER

**AND NOW, THIS 28TH DAY OF APRIL, 2015**, upon consideration of the Defendants' Motion for Summary Judgment, **IT IS HEREBY ORDERED THAT**:

1. The Motion for Summary Judgment (Doc. 41) is **GRANTED**.

2. Judgment is **HEREBY ENTERED** in favor of the Defendants.

3. The Clerk of Court is **DIRECTED** to close the case.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge