IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER CASO and<br>JENNIFER REBOVICH,<br><br>    Plaintiffs,<br><br>v.<br><br>LUZERNE COUNTY and<br>MICHAEL VECCHIO,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:  3:13-CV-02253<br>:  (Judge Mariani)<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, THIS 13th DAY OF AUGUST, 2015, upon consideration of Plaintiffs' Motion for Reconsideration (Doc. 59), **IT IS HEREBY ORDERED THAT** such Motion is **DENIED**. The Court's Opinion and Order denying summary judgment (Docs. 57, 58) stand unaltered.

                                              /s/ Robert D. Mariani
                                              Robert D. Mariani
                                              United States District Judge